IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**STEPHEN YOUNG and
JEREMY MALONE,**

**Defendants.**                                                                 **No. 09-30142-DRH**

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant Jeremy Malone's January 29, 2010 second motion to continue trial setting (Doc. 28). Specifically, Malone moves to continue the February 22, 2010 trial as he needs additional time to complete plea negotiations. The Government does not object to the motion. The Court being fully advised in the premises finds that Defendant Malone needs additional time to complete plea negotiations. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and *all* Defendants in a speedy trial. The Court **GRANTS** the second motion to continue trial setting (Doc. 28).

The Court **CONTINUES** the jury trial scheduled for February

22, 2010 to Monday, March 22, 2010 at 9:00 a.m.  The time from the date the original motion was filed, January 29, 2010, until the date to which the trial is rescheduled, March 22, 2010, is excludable time for the purposes of speedy trial.  Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.  The parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 1st day of February, 2010.

/s/   David R Herndon
**Chief Judge**
**United States District Court**